UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CEDRIC CUREAUX,

          Plaintiff,

   v.

STATE OF WASHINGTON, et al.,

          Defendants.

CASE NO. C16-1456-RSM

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

    1.    The Court adopts the Report and Recommendation;

    2.    This action is DISMISSED without prejudice for failure to prosecute; and

    3.    The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 23 day of January 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE