IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEDRIC CUREAUX,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br><br>STATE OF WASHINGTON, *et al*.,<br>　　　　　　Defendant. | Case No. C16-1456RSM<br><br><br>MINUTE ORDER |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:  On July 31, 2020, Plaintiff filed a document entitled "motion" in this closed case attaching documents related to a Washington state court criminal proceeding.  Dkt. #26.  Plaintiff's post-judgment motion addresses subject matter unrelated to the claims raised in this action.  This filing is procedurally improper and hereby STRICKEN.  The Court advises Plaintiff there shall be no further filings in this closed case.

　　　DATED this 26th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　WILLIAM McCOOL, Clerk

　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Paula McNabb
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER– 1